Opinion issued February 7, 2008











 
 

In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-08-00048-CR
____________

IN RE FRANKLIN JONES, Relator




Original Proceeding on Petition for Writ of Mandamus



 
MEMORANDUM OPINION
               Relator, Franklin Jones, filed a petition for writ of mandamus requesting
that this Court compel respondent


 to send his post-conviction writ of habeas corpus,
to the Court of Criminal Appeals. We deny the petition.
               The petition for writ of mandamus is denied.
               It is so ORDERED.
PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.
Do not publish. Tex. R. App. P. 47.2(b).